1   Christopher M. Curran (*pro hac vice*)
    ccurran@whitecase.com
2   George L. Paul (*pro hac vice*)
3   gpaul@whitecase.com
    Lucius B. Lau (*pro hac vice*)
4   alau@whitecase.com
5   White & Case LLP
    701 Thirteenth Street, N.W.
6   Washington, D.C.  20005
7   Telephone:  (202) 626-3600
    Facsimile:  (202) 639-9355
8

9   *Counsel to Defendants Toshiba America, Inc.,*
    *Toshiba America Information Systems, Inc.,*
10  *Toshiba America Consumer Products, L.L.C.,*
11  *and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DISCLOSURE STATEMENT OF TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. make the following disclosure:  Toshiba America Information Systems, Inc., Toshiba America Consumer

Products, L.L.C., and Toshiba America Electronic Components, Inc. are wholly owned subsidiaries of Toshiba America, Inc. Toshiba America, Inc. is a wholly owned subsidiary of Toshiba Corporation in Japan. Toshiba America, Inc. is not publicly held. Toshiba Corporation is a publicly held company traded in Japan.

Dated: May 8, 2008                                    Respectfully submitted,

**WHITE & CASE LLP**

By:  /s/ Christopher M. Curran
    Christopher M. Curran (*pro hac vice*)
    George L. Paul (*pro hac vice*)
    Lucius B. Lau (*pro hac vice*)
    701 Thirteenth Street, N.W.
    Washington, D.C.  20005
    tel.: (202) 626-3600
    fax: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On May 8, 2008, I filed the foregoing Disclosure Statement of Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

DISCLOSURE STATEMENT OF TOSHIBA ENTITIES
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1. Issac L. Diel
2. SHARP MCQUEEN
3. 6900 College Boulevard, Suite 285
   Overland Park, KS 66211
4. 
5. Lori A. Fanning
6. Matthew E. Van Tine
   MILLER LAW LLC
7. 115 South LaSalle Street, Suite 2910
   Chicago, IL 60603
8. 
9. John Gressette Felder, Jr.
   MCGOWAN HOOD FELDER AND JOHNSON
10. 1405 Calhoun Street
    Columbia, SC 29201
11. 
12. Traviss Levine Galloway
    ZELLE HOFMANN VOELBEL MASON & GETTE
13. 44 Montgomery Street, Suite 3400
14. San Francisco, CA 94104
15. Martin E. Grossman
16. LAW OFFICES OF MARTIN E. GROSSMAN
    2121 Green Brier Drive
17. Villanova, PA 19085
18. 
19. Richard M. Hagstrom
    ZELLE HOFMANN VOELBEL MASON & GETTE LLP
20. 500 Washington Avenue South, Suite 4000
    Minneapolis, MN 55415
21. 
22. Krishna B. Narine
    SCHIFFRIN & BARROWAY, LLP
23. Three Bala Plaza East, Suite 400
24. Bala Cynwood, PA 19004
25. Mark Reinhardt
26. REINHARDT WENDORF & BLANCHFIELD
    East 1250 First National Bank Building
27. 322 Minnesota Street
28. St. Paul, MN 55101

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Jean B. Roth
2  Lawrence P. Schaefer
   Seymour J. Mansfield
3  MANSFIELD TANICK & COHEN
4  1700 U.S. Bank Plaza South
   220 South Sixth Street
5  Minneapolis, MN 55402-4511

6
   Roger Martin Schrimp
7  DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
8  1601 I Street, 5th Floor
   Modesto, CA 95354
9

10 Imtiaz A. Siddiqui
   LOVELL STEWART HALEBIAN LLP
11 500 Fifth Avenue
12 New York, NY 10110

13 Donna F. Solen
14 MASON LAW FIRM
   1225 19th Street, NW, Suite 500
15 Washington, DC 20036

16
   John M. Taladay
17 BAKER & HOSTETLER
18 1050 Connecticut Avenue NW
   Washington, DC 20036
19

20 Jonathan Mark Watkins
   THE FURTH FIRM LLP
21 225 Bush Street, 15th Floor
22 San Francisco, CA 94104-4249

23

24                                          
                                            _____
25                                          Ted Booth
26
27
28

DISCLOSURE STATEMENT OF TOSHIBA ENTITIES
Case No. 07-5944 SC
MDL No. 1917
3