1  MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
   LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA  94123
   Telephone:  (415) 563-7200
4  Facsimile: (415) 346-0679

5  Interim Lead Counsel for the
   INDIRECT PURCHASER PLAINTIFFS
6
   PILLSBURY WINTHROP SHAW PITTMAN LLP
7  TERRENCE A. CALLAN (36305) terrence.callan@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 JOSEPH R. TIFFANY II (67821) joseph.tiffany@pillsburylaw.com
   PHILIP A. SIMPKINS (246635) philip.simpkins@pillsburylaw.com
12 2475 Hanover Street
   Palo Alto, CA  94304-1114
13 Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
14
   Attorneys for Defendants
15 IRICO DISPLAY DEVICES CO., LTD. and
   IRICO GROUP CORPORATION
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20
   IN RE: CATHODE RAY TUBE (CRT)        ) Case No. CV-07-5944 SC
21 ANTITRUST LITIGATION                 ) MDL NO. 1917
                                        )
22                                      ) **STIPULATION RE: SERVICE OF**
                                        ) **PROCESS ON FOREIGN**
23                                      ) **DEFENDANTS IRICO DISPLAY**
   This Document Relates To:            ) **DEVICES CO., LTD. AND IRICO**
24                                      ) **GROUP CORPORATION**
   ALL INDIRECT PURCHASER ACTIONS       )
25 _____) Before the Honorable Samuel Conti

26  \\\

27  \\\

28

701221981v3                - 1 -         STIPULATION RE: SERVICE OF PROCESS ON IRICO
                                          DEFENDANTS IN INDIRECT PURCHASER ACTIONS
                                          Case No. C07-5944 SC    MDL NO. 1917

1    WHEREAS, foreign defendants IRICO Display Devices Co., Ltd. and IRICO
2 Group Corporation (collectively the "IRICO Defendants") have not been formally
3 served with process in any case brought by indirect purchasers of cathode ray tubes
4 ("CRTs") or CRT products ("Indirect Purchaser Actions");
5    WHEREAS, the IRICO Defendants have been formally served with process
6 in the case of *Hawel v. Chunghwa Picture Tubes, Ltd., et al.,* case no. C 07-06279
7 (the "*Hawel* Case"), a class action brought by plaintiffs purporting to represent
8 direct purchasers of CRTs and CRT products (a "Direct Purchaser Action");
9    WHEREAS, the *Hawel* Case has been consolidated with other Direct
10 Purchaser Actions and Indirect Purchaser Actions which are collectively referred to
11 as "*In re: Cathode Ray Tube (CRT) Antitrust Litigation*" (the "Consolidated Cases");
12    WHEREAS on June 24, 2008, counsel for the IRICO Defendants
13 electronically filed a notice of appearance in the Consolidated Cases and the *Hawel*
14 Case (the "Notice of Appearance") as required by the Court's Pretrial Order Number
15 1, filed April 4, 2008;
16    WHEREAS, on August 1, 2008, plaintiffs in the Indirect Purchaser Actions
17 ("Indirect Purchaser Plaintiffs") filed a Motion To Authorize Service On Certain
18 Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Service
19 Motion");
20    WHEREAS, Indirect Purchaser Plaintiffs claim in their Service Motion that
21 the filing of the Notice of Appearance by counsel for IRICO Defendants obviates the
22 need for the Indirect Purchaser Plaintiffs to formally serve the IRICO Defendants in
23 the Indirect Purchaser Actions;
24    WHEREAS, the IRICO Defendants dispute the Indirect Purchaser Plaintiffs'
25 claim;
26    WHEREAS, the parties have met and conferred and undersigned counsel for
27 the IRICO Defendants has agreed to accept service of process in the Indirect
28 Purchaser Actions on behalf of the IRICO Defendants.

1  NOW, THEREFORE, INDIRECT PURCHASER PLAINTIFFS AND THE
IRICO DEFENDANTS, BY AND THROUGH THEIR UNDERSIGNED
COUNSEL, HEREBY STIPULATE AND AGREE THAT:

   1. The IRICO Defendants shall be deemed served with the Summons and Complaint in *Figone v. LG Electronics, Inc., et al.,* Case No. 07-6331-SC in the Indirect Purchaser Actions as of the date of execution of this Stipulation.

   2. Notwithstanding Paragraph 1, the IRICO Defendants shall not be required to (i) appear in the Indirect Purchaser Actions until sixty (60) days after the date of execution of this Stipulation; or (ii) comply with initial disclosure obligations pursuant to Rule 26 of the Federal Rules of Civil Procedure until ninety (90) days after the date of execution of this Stipulation. In addition, the IRICO Defendants' time to answer, move, or otherwise respond to The Indirect Purchaser Plaintiffs' Complaint shall be extended as set forth in the Stipulation and Order Re Extension Of Time For Defendant To Respond To Complaint, dated December 19, 2007.

   3. To the extent the Service Motion was intended to, or did, apply to the IRICO Defendants, Indirect Purchaser Plaintiffs hereby withdraw their Service Motion as to the IRICO Defendants.

   4. Indirect Purchaser Plaintiffs' Service Motion will proceed as to the remaining foreign defendants as they are listed in the Service Motion.

   5. Indirect Purchaser Plaintiffs hereby agree that they will not cite, rely upon, or utilize in any other way this agreement in any future case.

DATED: August 21, 2008                **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By: __/s/ Mario N. Alioto__
       MARIO N. ALIOTO

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs Class*

1  DATED: August 21, 2008                    **PILLSBURY WINTHROP SHAW PITTMAN LLP**
2
3
4                                             By:  /s/ Terrence A. Callan
                                                   TERRENCE A. CALLAN
5
                                              *Counsel for Defendants IRICO Display Devices*
6                                             *Co., Ltd. and IRICO Group Corporation*

7    I here by attest that I have the concurrence of Mario Alioto to file this
8  document.
9
10
                                              By:  /s/ Terrence A. Callan
11                                                 TERRENCE A. CALLAN
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

701221981v3                    - 4 -    STIPULATION RE: SERVICE OF PROCESS ON IRICO
                                        DEFENDANTS IN INDIRECT PURCHASER ACTIONS
                                        Case No. C07-5944 SC   MDL NO. 1917